UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-cv-81677-RLR/JMH

ELECTRONIC COMMUNICATION
TECHNOLOGIES, LLC,

    Plaintiff,

v.

SHOPPERSCHOICE.COM, LLC

    Defendant.
_____/

**PLAINTIFF ELECTRONIC COMMUNICATION TECHNOLOGIES, LLC'S
<u>RULE 7.1 CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Fed. R. Civ. P. 7.1(a)(2), Electronic Communication Technologies, LLC is a limited liability company organized under the laws of State of Florida, and there is no parent corporation nor any publicly held corporation owning 10% or more of its stock.

DATED:  November 17, 2016        Respectfully submitted,

                                      **ASSOULINE & BERLOWE, P.A.**
                                      1801 N. Military Trail, Suite 160
                                      Boca Raton, Florida 33431
                                      Telephone: 561-361-6566
                                      Facsimile:  561-361-6466

                              By: <u>s/Peter A. Koziol</u>
                                      Peter A. Koziol, Esq. (FBN 030446)
                                      <u>pak@assoulineberlowe.com</u>
                                      Eric N. Assouline, Esq. (FBN 106143)
                                      <u>ena@assoulineberlowe.com</u>
                                      Greg M. Popowitz, Esq. (FBN 070313)
                                      <u>gmp@assoulineberlowe.com</u>

                              **Attorneys for Plaintiff,
                              Electronic Communication Technologies, LLC**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 17, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner referenced below.

By:    s/ *Peter A. Koziol*
        Peter A. Koziol

## SERVICE LIST

*Electronic Communication Technologies, LLC v. ShoppersChoice.com, LLC*
**CASE NO.: 16-cv-81677-RLR/JMH**
**United States District Court, Southern District of Florida**

**VIA CM/ECF**

David K. Friedland, Esq.
dkf@friedlandvining.com
Jaime Rich Vining
jrv@friedlandvining.com
Friedland and Vining
9100 S. Dadeland Blvd.
Suite 1620
Miami, Florida 33156
Telephone: 305.777.1725
Facsimile: 305.456.4922

and,

James A. Stepan, Esq.
jstepan@mayback.com
Mayback & Hoffman, P.A.
5846 S. Flamingo Road, #232
Fort Lauderdale, FL 33330
Telephone: (954) 251 – 5002
Facsimile: (954) 704 - 1588

*Attorneys for Defendant,*
*Shopperschoice.com, LLC*